# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: September 4, 2025

```
* * * * * * * * * * * * * *    *
KENDALL A. SCHRADER,           *
                               *
             Petitioner,       *      No. 25-601V
                               *
v.                             *      Special Master Dorsey
                               *
SECRETARY OF HEALTH            *
AND HUMAN SERVICES,            *
                               *
             Respondent.       *
                               *
* * * * * * * * * * * * * *  *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On April 7, 2025, Kendall A. Schrader ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Petitioner alleged that she suffered temporary disability as a result of a tetanus, diphtheria, and pertussis ("Tdap") vaccine received on September 20, 2024. Petition at Preamble (ECF No. 1).

On September 4, 2025, Petitioner filed a notice of voluntary dismissal pursuant to Vaccine Rule 21(a). Petitioner's Notice of Voluntary Dismissal, filed Sept. 4, 2025 (ECF No. 12).

---

[1] Because this Order contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Order to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

1

Under Vaccine Rule 21(a), which governs dismissal of a petition, "Petitioner may dismiss the petition without order of the special master or the court by filing: . . . a notice of dismissal at any time before service of [R]espondent's report." Vaccine Rule 21(a)(1)(A). Unless stated otherwise, the dismissal is without prejudice. Vaccine Rule 21(a)(2). "A petition dismissed under this subdivision (a) will not result in a judgment pursuant to Vaccine Rule 11 for purposes of 42 U.S.C. § 300aa-21(a)." Vaccine Rule 21(a)(3).

In accordance with Vaccine Rule 21(a), this case is hereby **dismissed without prejudice**. The Clerk of Court is instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a)(3).

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master
